Dismissed and Memorandum Opinion filed July 3, 2003









Dismissed and Memorandum Opinion filed July 3, 2003.

 

 

 

 

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00367-CV

____________

 

ROSA MARIA BRISENO DE BARAJAS, Appellant

 

V.

 

WA FU CHINESE RESTAURANT, HOUSTON DLP
INVESTMENTS, INC., and SOUTHWEST HOUSTON DLP INVESTMENTS, INC., Appellees

 



 

On Appeal from the 129th District Court

Harris
County, Texas

Trial Court Cause No. 01-57181

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a final summary judgment signed
February 26, 2003.  On June 26, 2003,
appellant filed a motion to dismiss the appeal because the case has been
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 3, 2003.

Panel consists of Chief Justice Brister and Justices Fowler and Edelman.